# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| Stacey Jack, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 11-1286-CV-W-JTM |
| Carolyn W. Colvin, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## O R D E R

On June 5, 2013, the Court heard oral argument on the *Plaintiff's Social Security Brief,* filed July 19, 2012, [Doc. 8] and the *Brief For Defendant*, filed October 31, 2012, [Doc. 13]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the June 5, 2013 oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.

                                     */s/ John T. Maughmer*
                                       **JOHN T. MAUGHMER**
                                     **U. S. MAGISTRATE JUDGE**